BEFORE THE FIRST DIVISION, JANUARY 19, 1966

**No. 69741.**—B. A. McKenzie & Co., Inc. *v.* United States, protest 60/13866 (Seattle).

Opinion by NICHOLS, J. In accordance with stipulation of counsel

that the merchandise consists of cedar shorts similar in all material respects to those the subject of *Border Brokerage Co. et al.* v. *United States* (52 Cust. Ct. 204, C.D. 2461), the claim of the plaintiff was sustained.